1058

No. 89–6108. DONLEY v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 89–6110. DALE v. HAEBERLIN, ACTING WARDEN. C. A. 6th Cir. Certiorari denied.

No. 89–6230. PARKER v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 89–6296. FULMINANTE v. ARIZONA. Sup. Ct. Ariz. Certiorari denied.

No. 89–6300. CAMPBELL v. HORTON, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 89–6312. GAINER v. JEFFES ET AL. C. A. 3d Cir. Certiorari denied.

No. 89–6359. WASHINGTON v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 89–6364. JACKSON v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 89–6433. WEEKS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 89–6572. PROWS v. KINDT ET AL. C. A. 10th Cir. Certiorari denied.

No. 89–6574. ERVIN v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 89–6576. CROCKETT v. BAPTIST MEDICAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 89–6579. SCHMIDT v. IOWA. Dist. Ct. Poweshiek County, Iowa. Certiorari denied.

No. 89–6583. SMITH ET UX. v. SOONER FEDERAL SAVINGS & LOAN ASSN. C. A. 10th Cir. Certiorari denied.

No. 89–6595. BAKER v. OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 89–6597. TURPIN v. KENTUCKY. Sup. Ct. Ky. Certiorari denied.

No. 89–6607. TYLER v. WYRICK, WARDEN. C. A. 8th Cir. Certiorari denied.